**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>ISAAC EBENEZER BENAVIDEZ,<br><br>              Defendant. | Case No.: 13CR3541-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

    Upon motion of the United States of America and good cause appearing,

    IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

    IT IS SO ORDERED.

    DATED: October 28, 2013.

_____
HONORABLE DANA M. SABRAW
United States District Court Judge